■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON ADAMS, Appellant. [919 NYS2d 903]—Appeal by the defendant from an order of the County Court, Westchester County (Cacace, J.), dated March 11, 2010, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's designation of the defendant as a level three sex offender under the Sex Offender Registration Act was supported by clear and convincing evidence (*see* Correction Law § 168-n [3]; *People v Mendez*, 79 AD3d 834 [2010], *lv denied* 16 NY3d 707 [2011]; *People v Vega*, 79 AD3d 718 [2010]; *People v Niola*, 50 AD3d 991 [2008]; *see generally People v Mingo*, 12 NY3d 563 [2009]). Angiolillo, J.P., Florio, Belen and Austin, JJ., concur.